## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| KIMBERLY DENNISON<br>vs.<br>MEDTRONIC, INC. | FILED: AUGUST 13, 2008<br>08CV4592<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PH

Defendant,    MEDTRONIC, INC.

---

NAME (Type or print)
MARTIN D. SNYDER

---

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ MARTIN D. SNYDER

---

FIRM
WILDMAN, HARROLD, ALLEN & DIXON LLP

---

STREET ADDRESS
225 WEST WACKER DRIVE, SUITE 2800

---

CITY/STATE/ZIP
CHICAGO, ILLINOIS  60606

---

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238137 | TELEPHONE NUMBER<br>1(312) 201-2000 |
|---|---|

---

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

---

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐