U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

KIMBERLY DENNISON
vs.
MEDTRONIC, INC.

Case Number:

FILED: AUGUST 13, 2008
08CV4592
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PH

Defendant,   MEDTRONIC, INC.

| | |
|---|---|
| NAME (Type or print) <br> CHRISTINE E. SKOCZYLAS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ CHRISTINE E. SKOCZYLAS | |
| FIRM <br> WILDMAN, HARROLD, ALLEN & DIXON LLP | |
| STREET ADDRESS <br> 225 WEST WACKER DRIVE, SUITE 2800 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293811 | TELEPHONE NUMBER <br> 1(312) 201-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |