IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY DENNISON | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 4592 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| MEDTRONIC, INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendant, MEDTRONIC, INC. ("**Medtronic**"), by and through its attorneys, hereby moves this Court for the entry of an order granting it an extension of time to file its Answer or otherwise plead to Plaintiff's Complaint. In support of its motion, Medtronic states as follows:

1. On July 8, 2008, Plaintiff filed suit in the Circuit Court of Cook County, Illinois. Medtronic first received a copy of the Complaint on July 15, 2008, via service of process by the Cook County Sheriff.

2. On August 13, 2008, Medtronic filed a Notice of Removal to this Court.

3. Medtronic had not yet filed its answer or otherwise pled in response to Plaintiff's Complaint before removing the matter to this Court. In order to do so, Medtronic requests an extension of an additional thirty (30) days to September 19, 2008, to file its answer to Plaintiff's Complaint, or to otherwise plead.

4. This motion is made for the legitimate purpose of allowing counsel for Medtronic to prepare good faith pleadings in this matter and is not sought for any improper purpose such as delay.

5. In a telephone conference on August 20, 2008, Plaintiff's counsel, James H. Himmel, informed the undersigned attorney for Medtronic that he has no objection to the thirty-day extension of time sought by this motion.

WHEREFORE, Medtronic requests that this Court enter an order in the form attached granting it an extension of time to September 19, 2008, to answer Plaintiff's Complaint or otherwise plead.

Dated: August 20, 2008

Respectfully submitted,

MEDTRONIC, INC.

By: /s/ Christine E. Skoczylas
    One of Its Attorneys


Mark P. Miller (6191128)
Martin D. Snyder (6238137)
Christine E. Skoczylas (629381)
**WILDMAN, HARROLD, ALLEN & DIXON LLP**
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000
(312) 201-2500 (fax)

*Attorneys for Defendant*
 *Medtronic, Inc.*

## **CERTIFICATE OF SERVICE**

I, Christine E. Skoczylas, an attorney, state that I have served a copy of the foregoing AGREED MOTION FOR EXTENSION OF TIME to the following by depositing a copy of same in the United States Mail at 225 West Wacker Drive, Chicago, Illinois, 60606, properly addressed with the proper prepaid postage affixed thereto this 20th day of August, 2008:

James H. Himmel
JAMES H. HIMMEL LAW OFFICES
6500 College Drive
Palos Heights, IL 60463


_____/s/Christine E. Skoczylas_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY DENNISON | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 4592 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| MEDTRONIC, INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER

This cause coming to be heard on defendant's **Agreed Motion for Extension of Time**, the plaintiff having no objection to defendant's motion, and the court being duly advised in the premises, IT IS HEREBY ORDERED:

The defendant, Medtronic, Inc., shall have to and including September 19, 2008, to answer or otherwise plead in response to plaintiff's complaint.

Dated:  August 27, 2008

_____
Hon. Robert W. Gettleman

Order prepared by:
Christine E. Skoczylas (6293811)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000
(312) 201-2500 (fax)