IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY DENNISON | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 4592 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| MEDTRONIC, INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record

     PLEASE TAKE NOTICE that on Wednesday, August 27, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Agreed Motion for Extension of Time**, a copy of which is hereby served upon you.

                        Respectfully submitted,

                        By:  /s/ Christine E. Skoczylas

Mark P. Miller (6191128)
Martin D. Snyder (6238137)
Christine E. Skoczylas (629381)
**WILDMAN, HARROLD, ALLEN & DIXON LLP**
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 201-2000
(312) 201-2500 (fax)

*Attorneys for Defendant*
 *Medtronic, Inc.*

1

2

## **CERTIFICATE OF SERVICE**

    I, Christine E. Skoczylas, an attorney, state that I have served a copy of the foregoing NOTICE OF MOTION to the following by depositing a copy of same in the United States Mail at 225 West Wacker Drive, Chicago, Illinois, 60606, properly addressed with the proper prepaid postage affixed thereto this 20th day of August, 2008:

James H. Himmel  
JAMES H. HIMMEL LAW OFFICES  
6500 College Drive  
Palos Heights, IL 60463

                                                             _____/s/Christine E. Skoczylas_____